| | |
|---|---|
| Appellate Docket Number: | |
| Appellate Case Style: Style: | Marcus Leslie |
| Vs. | State of Texas |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
4/14/2015 1:59:29 PM
DEBBIE AUTREY
Clerk

Companion Case: 

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: 6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Marcus | ☒ Lead Attorney |
| Middle Name: | First Name: Troy |
| Last Name: Leslie | Middle Name: |
| Suffix: | Last Name: Hornsby |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☒ Appointed ☐ District/County Attorney |
| Pro Se: ○ | ☐ Retained ☐ Public Defender |
| | Firm Name: Miller, James, Miller & Hornsby, L.L.P. |
| | Address 1: 1725 Galleria Oaks Drive |
| | Address 2: |
| | City: Texarkana |
| | State: Texas Zip+4: 75503 |
| | Telephone: 903-794-2711 ext. |
| | Fax: 903-792-1276 |
| | Email: troy.hornsby@gmail.com |
| | SBN: 00790919 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|

**III. Appellee**

First Name: State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☐ Yes ☐ No

Amount of Bond:

Pro Se: ◯

**IV. Appellee Attorney(s)**

☒ Lead Attorney

First Name: Samantha

Middle Name:

Last Name: Oglesby

Suffix:

☐ Appointed          ☒ District/County Attorney

☐ Retained           ☐ Public Defender

Firm Name: Bowie County District Attorney's Office

Address 1: 601 Main Street

Address 2:

City: Texarkana

State: Texas                    Zip+4: 75501

Telephone: 903-735-4800          ext.

Fax: 903-735-4819

Email:

SBN: 24070362

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Public Health/Safety

Type of Judgment: Final Judgment

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: April 2, 2015

Offense charged: unlawful poss. firearm by felon

Date of offense: September 16, 2013

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☐ Yes ☐ No

Was the trial by: ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: April 15, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 50 years TDCJ

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☒ No    If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☒ No    If yes, date filed:

Other: ☐ Yes ☒ No          If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☒ Yes ☐ No ☐ NA    If yes, date filed: April 2, 2015

Date of hearing: April 2, 2015    ☐ NA

Date of order: April 2, 2015    ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA    If granted or denied, date of ruling: April 2, 2015

## VIII. Trial Court And Record

Court: 5th Judicial District

County: Bowie

Trial Court Docket Number (Cause no): 13F10027

Trial Court Judge (who tried or disposed of the case):

First Name: William "Bill"

Middle Name:

Last Name: Miller

Suffix:

Address 1: Bi-State Justice Building

Address 2: 100 N. State Line Avenue

City: Texarkana

State: Texas          Zip + 4: 75501

Telephone: 903-798-3005          ext.

Fax:

Email:

Clerk's Record:

Trial Court Clerk: ☒ District  ☐ County

Was clerk's record requested? ☒ Yes ☐ No

If yes, date requested: Apr 14, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☐ No ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☐ Yes ☐ No

If yes, date requested: Apr 14, 2015

Were payment arrangements made with the court reporter/court recorder? ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☐ Official                ☐ Substitute

First Name: Leslie

Middle Name:

Last Name: Bates

Suffix:

Address 1: c/o 710 James Bowie Drive

Address 2:

City: New Boston

State: Texas          Zip + 4: 75570

Telephone: 903-733-0849          ext.

Fax:

Email:

## 1X.  Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: [            ]                    Court: [            ]

Style: [            ]

      Vs.    State of Texas

## X.  Signature

Signature of counsel (or Pro Se  Party)                    Date: April 14, 2015

Printed Name:                    State Bar No: 00790919

Electronic Signature: [            ]                    Name: [            ]
    (Optional)

## XI.  Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on April 14, 2015 .

Signature of counsel (or pro se party)                    Electronic  Signature: [            ]
    (Optional)

State Bar No.: 00790919

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;
    (2) the name and address of each person served, and
    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: April 14, 2015

Manner Served: Regular Mail

First Name: Samantha

Middle Name:

Last Name: Oglesby

Suffix:

Law Firm Name: Bowie County District Attorney's Office

Address 1: 610 Main Street

Address 2:

City: Texarkana

State Texas                    Zip+4: 75501

Telephone: 903-735-4800        ext.

Fax: 903-735-4819

Email: